1  Peter C. Ver Halen, Esq.   SBN 041609
   PETER C. VER HALEN LAW CORP.
2  11766 Wilshire Blvd., Suite 460
   Los Angeles, CA  90025
3  Telephone:  (310) 312-1072         NOTE: CHANGES MADE BY THE COURT
   Facsimile:  (310) 312-1034
4
   Attorney for Plaintiff
5                                                        JS-6

6

7

8                      UNITED STATES DISTRIC COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

12  IPTV CORP., a California Corporation,     )  Case No. 2:07-cv-06554-FMC-Ex
                                              )
13                 Plaintiff,                 )
                                              )  JUDGMENT FOR PERMANENT
14        vs.                                 )  INJUNCTION AND DAMAGES
                                              )        [PROPOSED]
15  NOCK JALEKETU, individually and d/b/a     )
    BANG BANG                                 )
16                                            )
                                              )
17                 Defendant                  )
                                              )
18  _____     )

19

20        Plaintiff, IPTV CORP., having commenced this action for (1) copyright infringement, (2)

21  false designation of origin, and (3) unfair competition, and the ~~Court~~ Clerk having granted

22  Plaintiff's Application for Entry of Default ~~Judgment~~ on January 29, 2008, it is hereby

23  ORDERED ADJUDGED AND DECREED that:

24        (1)    Plaintiff's Application for Default Judgment by Court (docket no. 19) is

25  GRANTED;

26        ~~(1)~~ (2) Judgment on all causes of action is entered in favor of Plaintiff and against

27  defendant NOCK JALEKETU, individually and d/b/a BANG BANG GIFTS & VIDEO;

28

                                          1
    _____
           Judgment For Permanent Injunction and Damages [Proposed]

1

2

3

4

5

6

7

8

9

10

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(2) (3) Defendant NOCK JALEKETU, individually and doing business as BANG BANG GIFTS & VIDEO, as well as his agents, representatives, servants, employees, and all persons acting in concert or participation therewith, are hereby permanently enjoined from:

   (a)    manufacturing or causing to be manufactured, copied, imported, distributed, sold, licensed, rented or otherwise exploited any or all episodes of the programs entitled APIMAHUEMA MAHASETTHEE, POO SOM FOW SAB, LUEM PETCH KARAT and LUED NAI DIN,  as well as other Bangkok Broadcast & Television programs to which IPTV owns exclusive United States distribution rights, within and throughout the United States;

   (b)    infringing, or counterfeiting any common law, state, or federally registered or pending copyrights to any of the PROGRAMS identified in subparagraphs (a) above;

   (c)    publishing, proclaiming, or in any other manner stating, whether orally or in writing, that the programs are, or ever were, in the public domain or that the copyrights thereto are in any manner defective;

   (d)    representing or engaging in any act which is likely to falsely cause members of the purchasing public to believe that NOCK JALEKETU is in any way authorized to sell, rent or in any other manner market any of the PROGRAMS in the United States or that IPTV is not the exclusive authorized distributor of such PROGRAMS in the United States;

   (e)    using any reproduction, counterfeit, copy, or colorable imitation of the PROGRAMS in connection with the publicity, promotion, sale, or advertising of any replica goods sold by NOCK JALEKETU; including, without limitation, videocassettes, VCDs, DVDs and/or ;

   (f)    affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent  Defendant's goods as being those of IPTV, and from offering such goods in commerce; and from otherwise unfairly competing with the Plaintiff.

   3. (4)   That IPTV CORP. have and recover damages against the defendant NOCK JALEKETU, individually and doing business as BANG BANG GIFTS & VIDEO, statutory

2

1   ~~damages in the sum of  Three Hundred Forty Thousand Dollars ($340,000.00)~~ damages in the

2   sum of $36,000.00;

3          ~~4.~~ (5)   That IPTV CORP. have and recover its attorneys fees incurred herein in the sum

4   of $2,250.00;

5          ~~5.~~ (6)   That IPTV CORP. have and recover its costs of suit incurred herein in the amount

6   of $392.60~~;~~.

7

8   Dated:  April 30, 2008

9                                                          _____

10                                                          Honorable Florence Marie Cooper
                                                           United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
Judgment For Permanent Injunction and Damages [Proposed]